# UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Rodney Bell, Lloyd Carmon, Curtis Channell, Melchor Esquivel, Carnam Freeman, Michael Gilmore, James Hogan, Shimiria Kennard, Christopher King, Jason Lambeth, Tama Livi, Jeremiah Montes, Clifford Myles, Fernando Nino, Silvio Olivares, Ashley Ordes, Brett Porter, Russell Powell, James Raby, Jacob Segovia, David Sloas, Tiffany Smith, Bennett Snoddy, Richard Zakarian, Arturo Zamora, Rose Stinson, Stanley Tackett | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 21-cv-00382-JRT-KMM |
| 3M Company, Aearo Technologies LLC | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's Motion to Remand, Docket No. 7, is **GRANTED**.

Date: 5/11/2021                                                                            KATE M. FOGARTY, CLERK