## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| RODNEY BELL, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>      Defendants. | Case No. 0:21-cv-382-JRT-KMM |
| JAMES LAKE, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>      Defendants. | Case No. 0:21-cv-386-JRT-KMM |
| LEWIS MURPH, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>      Defendants. | Case No. 0:21-cv-387-JRT-KMM |

| | |
|---|---|
| FRANKLIN PATRICK,<br><br>   Plaintiff,<br><br> v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>   Defendants. | Case No. 0:21-cv-388-JRT-KMM |

## **DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants 3M Company and Aearo Technologies LLC hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Order granting Plaintiffs' Motions to Remand, entered in these actions on the 10th day of May 2021. The entire Order is reviewable on appeal under 28 U.S.C. § 1447(d) because Defendants removed this case under 28 U.S.C. § 1442.

Dated: May 25, 2021                    Respectfully submitted,

                                                            s/ Benjamin W. Hulse
                                                            Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
S. Jamal Faleel (MN #0320626)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Email:  blackwell@blackwellburke.com
            bhulse@blackwellburke.com
            jfaleel@blackwellburke.com

**Counsel for Defendants 3M Company and Aearo Technologies LLC**