# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-2181

Rodney Bell; Lloyd Carmon; Curtis Channell; Melchor Esquivel; Carnam Freeman; Michael Gilmore; James Hogan; Shimiria Kennard; Christopher King; Jason Lambeth; Tama Livi; Jeremiah Montes; Clifford Myles; Fernando Nino; Silvio Olivares; Ashley Ordes; Brett Porter; Russell Powell; James Raby; Jacob Segovia; David Sloas; Tiffany Smith; Bennett Snoddy; Richard Zakarian; Arturo Zamora; Rose Stinson; Stanley Tackett

Plaintiffs - Appellees

v.

3M Company; Aearo Technologies LLC

Defendants - Appellants

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-00382-JRT)

---

**JUDGMENT**

The stipulation of dismissal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

November 10, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans